## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEE ANGROS, | |
| Plaintiff, | |
| v. | No. 5:12-cv-1262-R |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Ventana Medical Systems, Inc.

I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

Respectfully submitted this 28th day of June, 2013.

/s/ *John A. Kenney*
John A. Kenney, OBA #4976
MCAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK  73102-7103
405/552-2244
405/228-7444 (Fax)
john.kenney@mcafeetaft.com

*Attorneys for Ventana Medical Systems, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of June, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip L. Free, Jr., OBA #15765
Hall, Estill, Hardwick, Gable, Golden & Nelson P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
(405) 553-2828 (t)
(405) 553-2855 (f)
pfree@hallestill.com

*Attorneys for Plaintiff Lee Angros*

                         */s/ John A. Kenney*