**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LEE ANGROS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　Defendant. | No. 5:12-cv-1262-R |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel in this case for Defendant Ventana Medical Systems, Inc.

　　I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

　　Respectfully submitted this 28th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew S. Gibson*
　　　　　　　　　　　　　　　　　　　　Matthew S. Gibson, OBA #22572
　　　　　　　　　　　　　　　　　　　　MCAFEE & TAFT
　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　Tenth Floor, Two Leadership Square
　　　　　　　　　　　　　　　　　　　　211 N. Robinson Avenue
　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK  73102-7103
　　　　　　　　　　　　　　　　　　　　405/235-9621
　　　　　　　　　　　　　　　　　　　　405/235-0439 (Fax)
　　　　　　　　　　　　　　　　　　　　matt.gibson@mcafeetaft.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Ventana Medical Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip L. Free, Jr., OBA #15765
Hall, Estill, Hardwick, Gable, Golden & Nelson P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
(405) 553-2828 (t)
(405) 553-2855 (f)
pfree@hallestill.com

*Attorneys for Plaintiff Lee Angros*

                                              */s/ Matthew S. Gibson*