## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

LEE ANGROS,

     Plaintiff,

v.

      No. 5:12-cv-1262-R

VENTANA MEDICAL SYSTEMS, INC.,

     Defendant.

### CORPORATE DISCLOSURE PURSUANT TO F.R.C.P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Ventana Medical Systems, Inc. states that it is a wholly-owned subsidiary of Roche Diagnostics Operations, Inc. No publicly held corporation owns 10 percent or more of Roche Diagnostics Operations, Inc.

Dated: June 28, 2013        Respectfully Submitted,

        /s/ *John A. Kenney*

        John A. Kenney, OBA #4976
        McAfee & Taft
        10th Floor, Two Leadership Square
        211 N. Robinson
        Oklahoma City, OK 73102
        john.kenney@mcafeetaft.com
        (405) 552-2244 (t)
        (405) 228-7444 (f)

        *Attorneys for Ventana Medical Systems, Inc.*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, I electronically filed the foregoing Corporate Disclosure through the Court's Electronic Case Filing ("ECF") System. Notice of each filing is being served upon all counsel of record automatically through the ECF System.

/s/ *John A. Kenney*
John A. Kenney