# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEE ANGROS, <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | No. 5:12-cv-1262-R |

## **ORDER**

Upon consideration of the parties Joint Motion for Extension of Time for Answer [Dkt. #13], and for good cause shown, the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the time for defendant to answer or otherwise respond to the Complaint shall be extended to July 30, 2013.

IT IS SO ORDERED this 1st day of July, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE