IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEE ANGROS,<br><br>  Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>  Defendant. | No. 5:12-cv-1262-R |

**ORDER**

Upon consideration of the parties' Third Joint Motion for Extension of Time for Answer (Dkt. #17), and for good cause shown, the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the time for defendant to answer or otherwise respond to the Complaint shall be extend to and include September 30, 2013.

IT IS SO ORDERED this 29th day of August, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE